

# NUMBER 13-22-00268-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

VICTOR LEE ALFARO,                                        Appellant,

v.

THE STATE OF TEXAS,                                        Appellee.

---

**On appeal from the 332nd District Court
of Hidalgo County, Texas.**

---

# ORDER OF ABATEMENT

**Before Justices Benavides, Tijerina, and Peña
Order Per Curiam**

This matter is before the Court upon appellant's motion to appoint co-counsel and third request for extension of time to file opening brief. Appellant's brief was originally due on October 12, 2022.

Appointment of new counsel rests within the sound discretion of the trial court. *Carroll v. State*, 176 S.W.3d 249, 255 (Tex. App.--Houston [1st Dist.] 2004, pet. ref'd). In

those circumstances where the appointment of new counsel may be necessary, an appellate court should abate the proceeding to the trial court for determination of this issue.

Accordingly, we carry appellant's third motion for extension of time to file opening brief and appellant's motion to appoint co-counsel, abate the appeal, and remand the cause to the trial court for further proceedings consistent with this order. Upon remand, the trial court shall determine whether appellant is entitled to additional court-appointed co-counsel. If the trial court determines that co-counsel should be appointed, the name, address, email address, telephone number, and state bar number of newly appointed co-counsel shall be included in the order appointing co-counsel. If the trial court determines appellant has abandoned this appeal and/or is not entitled to court-appointment of co-counsel, it shall issue such findings. The supplemental clerk's record and supplemental reporter's record, if any, shall be filed with the Clerk of this Court within thirty days from the date of this order.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on this the
15th day of February, 2023.